UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT PRICE MCCOWAN, | No. C 13-0076 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| B. HEDRICK, et al., | |
| Defendants. | |

The Court dismissed the original complaint with leave to file an amended complaint because the original was a barely legible mixture of allegations concerning events in Los Angeles and, perhaps, in the Northern District.  The first amended complaint fails to correct the deficiencies of the first.  Plaintiff alleges many unrelated claims, and continues to include allegations concerning events in Los Angeles.  Accordingly, this action is DISMISSED without prejudice for failure to file an appropriate response to the Court's order dismissing the complaint with leave to amend.  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain an amended complaint containing clear, detailed allegations concerning **related** claims based on events that occurred in the Northern District.

Plaintiff's motion (Docket No. 14) to proceed *in forma pauperis* ("IFP") is DENIED as moot, the Court having granted his first IFP application (Docket No. 11).  The Clerk shall terminate Docket No. 14, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 5, 2013

RICHARD SEEBORG
United States District Judge

No. C 13-0076 RS (PR)
ORDER OF DISMISSAL